```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   SEALED INDICTMENT
      - v. -                     :
                                 :   20 Cr.
GREGORY MELLA,                   :
      a/k/a "Little G,"          :   20 CRIM 291
                                 :
                  Defendant.     :
- - - - - - - - - - - - - - - - X
```

## COUNT ONE
(Witness Retaliation)

The Grand Jury charges:

1. On or about February 1, 2020, in the Southern District of New York, GREGORY MELLA, a/k/a "Little G," the defendant, knowingly engaged in conduct and threatened to engage in conduct causing bodily injury to another person with the intent to retaliate against any person for testimony given in an official proceeding, to wit, in the vicinity of 1854 Westchester Avenue, Bronx, New York, MELLA slashed an individual ("Victim-1") across the face in retaliation for Victim-1's testimony in a federal criminal trial.

(Title 18, United States Code, Section 1513(b)(1).)

## FORFEITURE ALLEGATIONS

2. As a result of committing the offense alleged in Count One of this Indictment, GREGORY MELLA, a/k/a "Little G," the defendant shall forfeit to the United States, pursuant to

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of United States currency representing the amount of property traceable to the commission of said offense.

### Substitute Asset Provision

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third person;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GREGORY MELLA,
a/k/a "Little G,"

Defendant.

**SEALED INDICTMENT**

20 Cr.

(18 U.S.C. § 1513(b)(1).)

GEOFFREY S. BERMAN
United States Attorney

_[signature]_
Foreperson