

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2020

**BY ECF AND EMAIL**

The Honorable Ronnie Abrams
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Gregory Mella*, 20 Cr. 291 (RA)

Dear Judge Abrams:

> Application granted.  The conference is adjourned to August 13, 2020 at 11:00 a.m. Time is excluded to August 13, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(a).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> July 30, 2020

    The Government writes to update the Court on the status of the defendant's transit to this District in connection with the above-referenced Indictment. (*See* Dkt. Nos. 7, 9). After speaking further with the United States Marshals Service ("USMS"), the Government understands that the defendant is likely to depart the FDC Miami Bureau of Prisons ("BOP") facility this week on route to this District, but that he may not arrive in this District until next week or the week after.

    Accordingly, the Government respectfully requests that the Court adjourn the current control date for Mr. Mella's presentment and arraignment in this District from July 30, 2020, to August 13, 2020 (two weeks from today). The Government further submits that, in light of the prisoner movement restrictions occasioned by the COVID-19 pandemic, the exclusion of time under the Speedy Trial Act is in the interests of justice, so as to ensure that the USMS can safely transport the defendant from Florida to this District. *See* 18 U.S.C. § 3161(h)(7)(A). Of course, if the USMS is able to transport the defendant sooner than August 13, 2020, the Government will promptly inform the Court.

    This past week, CJA counsel in this District was appointed to represent Mr. Mella. (*See* July 28, 2020 docket entry). The Government has communicated with Mr. Mella's recently appointed CJA counsel about this application and was informed that she consents to this application.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    Acting United States Attorney

        By:   */s/ Michael R. Herman*
                    Michael R. Herman
                    Assistant United States Attorney
                    (212) 637-2221

CC: Donna Newman, Esq.
    Counsel for the defendant