USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GREGORY MELLA,

Defendant.

No. 20-CR-291 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall conference is scheduled for Monday October 5, 2020 at 11:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 67812309#

PIN: 9921299#

SO ORDERED.

Dated:   October 1, 2020
         New York, New York

Ronnie Abrams
United States District Judge