

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted.  The sentence is
> adjourned to April 12, 2021 at 11:00 a.m.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> March 18, 2021

Re:   *United States v. Gregory Mella*, 20 Cr. 291 (RA)
       *United States v. Gregory Mella*, 11 Cr. 59 (RA)

Dear Judge Abrams:

The Government respectfully submits this letter on behalf of both parties to request a short adjournment of approximately two weeks of the sentencing in this matter, which is currently scheduled for March 26, 2021.  The Government has raised questions with defense counsel about certain factual positions taken in the defense's sentencing submission.  Defense counsel requires additional time to meet with the defendant about the Government's questions and prepare for sentencing.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  _____
Michael R. Herman
Assistant United States Attorney
(212) 637-2221

CC: Defense counsel (by ECF)