UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20-CR-0291 (RA) |
| v. | ORDER |
| GREGORY MELLA, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Mr. Mella's motion to remove the federal detainer for his violation of supervised release.  As the violation of supervised release has been resolved and there are no pending violations before the Court, the U.S. Marshals are respectfully directed to remove the detainer against Mr. Mella from the system so that he may receive rehabilitative programming.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Mella.

SO ORDERED.

Dated:    March 2, 2022
          New York, New York

_____
Ronnie Abrams
United States District Judge